Richard Lee Fuqua, II, Fuqua & Keim, Houston, TX, for Appellant.

Mynde Shaune Eisen, Law Office of Mynde S. Eisen, Houston, TX, for Appellees.

Before JONES, Chief Judge, and HIGGINBOTHAM and HAYNES, Circuit Judges.

PER CURIAM: *

Antelope Technologies, a debtor, appeals a district court order vacating its confirmed chapter 11 bankruptcy plan and remanding for fact-finding on whether the plan was proposed in good faith and for a hearing on whether to appoint a trustee. This court must examine its own appellate jurisdiction *sua sponte. Lane v. Halliburton,* 529 F.3d 548, 565 (5th Cir.2008). We have appellate jurisdiction over all final orders, 28 U.S.C. § 158(d)(1), but a district court order remanding to the bankruptcy court is not final if the bankruptcy court on remand must perform judicial, rather than merely ministerial, functions. *Beal Bank, S.S.B. v. Caddo Parish Villas*

*South, Ltd.,* 174 F.3d 624, 626 (5th Cir. 1999). Here, the bankruptcy court must admit evidence, weigh that evidence, and then decide whether to appoint a trustee and whether the plan was proposed in good faith—more than a ministerial function. *See County Mgmt., Inc. v. Kriegel,* 788 F.2d 311, 313 (5th Cir.1986) ("This remand for further factual findings simply is not a final order.") Antelope's appeal is therefore DISMISSED.

**RAAK TECHNOLOGIES INC.,**
**Plaintiff–Appellant**

v.

**ADVANCED ENCRYPTION**
**TECHNOLOGY EUROPE**
**BV, Defendant–Appellee.**

No. 08–50844.

United States Court of Appeals,
Fifth Circuit.

June 2, 2009.

Daniel Henry Byrne, Fritz, Byrne, Head & Harrison, Austin, TX, Dylan Benjamen Russell, Hoover Slovacek LLP, Houston, TX, for Plaintiff–Appellant.

Bradley Bruce Young, Bickerstaff Heath Delgado Acosta, Austin, TX, for Defendant–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**306**

Before KING, GARWOOD, and DAVIS, Circuit Judges.

PER CURIAM: *

The judgment of the district court is AFFIRMED for essentially the reasons set forth in the district court's Order entered June 23, 2008, and its Order entered July 24, 2008.

AFFIRMED.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.